AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Creatura, John R. | District Court - Western District of Washington | 08/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - (FT) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
1717 Pacific Ave.
Tacoma, WA 98402

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager (Family corporation) | JJC & LMC, L.L.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Gordon Thomas Honeywell Malanca Peterson and Daheim, LLP retirement payments |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 08/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Gordon Thomas Honeywell Malanca Peterson and Daheim, LLP | $16,588.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 08/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Columbia Bank Accounts | A | Interest | L | T | | | | | |
| 2. Morgan Stanley Accounts | B | Interest | O | T | | | | | |
| 3. American AmCAP A Common | C | Int./Div. | L | T | | | | | |
| 4. American Europacific Grw A. Mutual fund | C | Int./Div. | N | T | Sold (part) | 09/10/15 | J | A | |
| 5. American GR Fd of America Mutual Fund | E | Int./Div. | N | T | Sold (part) | 12/15/15 | J | A | |
| 6. American Smallcap World A | A | Int./Div. | J | T | | | | | |
| 7. American Wa Mutual A Common | C | Int./Div. | L | T | | | | | |
| 8. Blackrock Equity Dividend A Common | D | Int./Div. | N | T | Sold (part) | 09/29/15 | J | A | |
| 9. Calamos Market Neutral Inc A | B | Int./Div. | K | T | | | | | |
| 10. Delaware Small Cap Value A Mutual Fund | A | Int./Div. | J | T | | | | | |
| 11. DWS Dreman Small Cap Val A Mutual Fund | D | Int./Div. | J | T | | | | | |
| 12. DWS RREEF Real Estate Sec A Common | C | Int./Div. | L | T | | | | | |
| 13. Fidelity Adv LVGD Company Stk A Common | A | Dividend | M | T | Buy (add'l) | 09/24/15 | J | | |
| 14. Franklin Income Adv (X) | D | Int./Div. | L | T | Buy (add'l) | 09/29/15 | J | | |
| 15. Gabelli Eq Inc. AAA Mutual Fund | D | Dividend | M | T | Sold (part) | 12/15/15 | J | A | |
| 16. Invesco Premier Tx Exempt Inst (PEIXX) | A | Dividend | J | T | | | | | |
| 17. Isha Curr Hedged MSCI EAFE | A | Dividend | M | T | Buy | 09/10/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Mid Cap Value A Common | C | Dividend | N | T | Buy (add'l) | 09/29/15 | J | | |
| 19. Lazard Emerging Markets Open Common | B | Int./Div. | K | T | Buy (add'l) | 09/24/15 | J | | |
| 20. Madison FDS MDCP Cl Y | A | Int./Div. | K | T | | | | | |
| 21. Metropolitan West TOT RET BD | B | Int./Div. | L | T | | | | | |
| 22. MS European Equity Fund B Common | A | Dividend | J | T | | | | | |
| 23. MSIF Growth A | C | Int./Div. | K | T | | | | | |
| 24. Munder Mid Cap Core Growth A Mutual fund | A | Int./Div. | K | T | | | | | |
| 25. Pimco Low Duration FD A Mutual Fund | B | Int./Div. | L | T | | | | | |
| 26. Pimco Total Return A Mutual Fund | D | Int./Div. | M | T | Buy (add'l) | 09/24/15 | J | | |
| 27. Putnam Growth &Income A | A | Dividend | L | T | | | | | |
| 28. Royce 100 service Mutual Fund | C | Int./Div. | J | T | Sold (part) | 05/28/15 | J | A | |
| 29. RS Partners A Common | B | Int./Div. | | | Sold | 09/14/15 | K | A | |
| 30. T Rowe Price Group, Inc. Common | A | Dividend | K | T | | | | | |
| 31. Templeton Glogal Bd FD A Mutual fund | D | Dividend | M | T | Buy (add'l) | 09/24/15 | J | | |
| 32. Thornburg Inv Inc Builder A Mutual fund | B | Dividend | N | T | Buy (add'l) | 09/29/15 | J | | |
| 33. Virtus Mult-Sector S/T Bd A Common | C | Dividend | L | T | Buy (add'l) | 09/04/15 | K | | |
| 34. Vanguard Sm Cap Value ETF (X) | A | Dividend | J | T | Buy (add'l) | 05/28/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Sm Cap Growth ETF (X) | A | Dividend | K | T | Buy (add'l) | 09/24/15 | J | | |
| 36. Voya Global Real Estate A (X) | A | Dividend | M | T | Sold (part) | 12/10/15 | J | A | |
| 37. Mediamax, Inc. Common stock | | None | J | W | | | | | |
| 38. Trust #1 Exemption Eq. Trust | A | Int./Div. | K | T | | | | | |
| 39. Invesco Equal Wghtd S&P 500 Mutual Fund | C | Int./Div. | M | T | | | | | |
| 40. Invesco Equity and Income A | B | Int./Div. | M | T | | | | | |
| 41. Invesco Global Healthcare A Mutual Fund | D | Int./Div. | M | T | | | | | |
| 42. Invesco VK Technology A Mutual Fund | A | Int./Div. | J | T | | | | | |
| 43. -Morgan Stanley Dean Witter account | A | Int./Div. | L | T | | | | | |
| 44. - MS Multi Cap Growth TR A | C | Int./Div. | K | T | | | | | |
| 45. Trust 3 - BMW Bank of N. Amer. Salt Lake City CD | A | Interest | K | T | | | | | |
| 46. JJC & LMC, LLP | E | Int./Div. | N | W | | | | | |
| 47. -BANK DEPOSIT PROGRAM | MORGAN STANLEY BANK N.A. | A | Int./Div. | J | T | | | | | |
| 48. -BLACKROCK US OPPORTUNITIES SVC | D | Int./Div. | J | T | Sold (part) | 12/10/15 | J | A | |
| 49. First Eagle Overseas A | D | Int./Div. | J | T | Sold (part) | 09/14/15 | L | C | |
| 50. -GABELLI EQ INC AAA | D | Int./Div. | M | T | Sold (part) | 12/10/15 | J | A | |
| 51. -Invesco Global Healthcare A | D | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -LAZARD EMERGING MARKETS OPEN | A | Int./Div. | K | T | | | | | |
| 53. | -PRUDENTIAL SHT TRM CORP BD A | A | Dividend | L | T | Sold (part) | 12/10/15 | J | A | |
| 54. | -ROYCE PREMIER SERVICE | A | Int./Div. | K | T | Sold (part) | 12/15/15 | J | A | |
| 55. | -TEMPLETON GLOBAL BD FD A | D | Int./Div. | M | T | Buy (add'l) | 09/24/15 | J | | |
| 56. | -THORNBURG INTL VALUE A | A | Dividend | M | T | Sold (part) | 12/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, John R. | 08/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII line 21 lists Metropolitan West TOT RET BD for the first time. I received a report from my broker that we have owned this asset since 2010, and purchashed additional amounts in 2012. It has not been included in previous disclosures bvecause it was inadvertenetly overlooked.

Part VII, lines 45-56 include a variety of "income" sources for a marital deduction trust, my mother's estate and a family corporation -- These entities have received income from a variety of sources, including interest, dividends, rent and other distributions. Because I am aggragating the income for each of these entities, I have not seperately identified the source of income for each asset. I am happy to provide this information, if that is necessary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John R. Creatura**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544